IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEON A. STEWART,

                    Plaintiff,

          vs.

DEPARTMENT OF CORRECTIONAL
SERVICE STAFF, SHERWOOD, Case
Mannerger; NEUJAHR, Case Mannerger;
SERA NELSON, Warden; CATHY SEARS,
Warden; TARGET BOYD, Warden; and M.
DICINI, Corporal;

                    Defendants.

**4:22CV3104**


**ORDER**

          This matter is before the Court on correspondence from the Plaintiff dated
September 12, 2022, which the Court has docketed as a motion for extension of time.
Filing No. 11.  Plaintiff requests additional time to pay his initial partial filing fee.  The
Court's records show that Plaintiff's initial partial filing fee payment of $21.29 was
received on September 13, 2022, and an additional $20.00 payment was received on
September 16, 2022. *See* Docket Sheet.  Accordingly,

          IT IS THEREFORE ORDERED that:

          1.      Plaintiff's motion for extension of time, Filing No. 11, is denied as moot.

          2.      Plaintiff is advised that the next step in Plaintiff's case will be for the Court
to conduct an initial review of Plaintiff's claims to determine whether summary dismissal
is appropriate under 28 U.S.C. § 1915(e)(2).  The Court will conduct this initial review in
its normal course of business.

Dated this 19th day of September, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge